UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 3:11-CR-004-ECR (RAM) |
| JOSEPH ANTHONY SILVA, | ) ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on March 22, 2011, defendant JOSEPH ANTHONY SILVA pled guilty to Count One of a One-Count Criminal Indictment charging him with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant JOSEPH ANTHONY SILVA pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    a.     a Glock, model 19, 9mm semi-automatic pistol, serial number NHH827, magazine and ammunition; and

    b.     any and all ammunition.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

1  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
2  United States of America should seize the aforementioned property.

3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
4  JOSEPH ANTHONY SILVA in the aforementioned property is forfeited and is vested in the United
5  States of America and shall be safely held by the United States of America until further order of the
6  Court.

7  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
8  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
9  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
10  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
11  the name and contact information for the government attorney to be served with the petition, pursuant
12  to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

13  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
14  with the Clerk of the Court, 400 South Virginia Street, Reno, Nevada 89501.

15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
16  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
17  following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __1__ day of __April__, 2011.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE